IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:20-CR-00130-M-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| ASHLEY CAROL SHACKELFORD, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's pro se motion [DE 103] for "Home Confinement Based on Lack of Bed Availability at Halfway House." The United States is directed to file a response to Defendant's motion (and to address *Woodley v. Warden, USP Leavenworth*, No. 24-3053, 2024 WL 2260904 (D. Kan. May 15, 2024)) on or before June 4, 2025.

SO ORDERED this 21st day of May, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE